NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003105
21-FEB-2014
09:49 AM

NO. CAAP-13-0003105

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
DAVID NGUYEN, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CR. NO. 13-1-1201)

ORDER APPROVING THE FEBRUARY 12, 2014
STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal" (Stipulation) filed on February 12, 2014 by Defendant-Appellant David Nguyen, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 21, 2014.

Presiding Judge

Associate Judge

Associate Judge